UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Long Hale,<br>a/k/a Haji Mohammed, | Case No. 08-CV-5124 (PJS/FLN) |
| Plaintiff, | |
| v. | O R D E R |
| TSA Agent Bruce, Denver,<br>and The Director or TSA, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 8, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice.


DATED:  November 10, 2008            s/Patrick J. Schiltz
                                     Patrick J. Schiltz
                                     United States District Judge